In the Matter of the Estate of CATHLEEN G. HEARN,
Deceased.

JOSEPH P. KISSLING, as Executor of CATHLEEN G. HEARN,
Deceased, Appellant; WILLIAM G. HEARN, Respondent.

Argued January 5, 1942; decided February 26, 1942.

*George Rubenfeld* and *Joseph P. Kissling* for appellant.
*Gabriel Rubino* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.